02-12-528-CV









 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT
 OF APPEALS
 SECOND
 DISTRICT OF TEXAS
 FORT
 WORTH
  
 
 


 

 

NO. 02-12-00528-CV

 

 


 
 
 In re Allen F.
 Calton
 
 
  
 
 
 RELATOR
 
 


 

 

------------

 

ORIGINAL PROCEEDING

------------

MEMORANDUM OPINION[1]

------------

The court has considered relator’s petition for writ
of mandamus and is of the opinion that relief should be denied.  Accordingly,
relator’s petition for writ of mandamus is denied.

 

 

PER CURIAM

 

PANEL:  MEIER, DAUPHINOT, and WALKER, JJ.

 

DAUPHINOT, J. would dismiss.

 

DELIVERED:  January 17, 2013









          [1]See
Tex. R. App. P. 47.4, 52.8(d).